UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN H. OLIVER, II,
    Plaintiff,

vs.                                           Case No.: 3:24cv316/TKW/ZCB

TANYANEKIA JOHNSON,
    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for lack of subject matter jurisdiction. Accordingly, it is

**ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

3.     The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 9th day of September, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**